AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

sanofi-aventis and
sanofi-aventis U.S. LLC,
    Plaintiffs,
  V.
Apotex Inc. and Apotex Corp.,
    Defendants.

**ALIAS**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-792

TO: (Name and address of Defendant)
 Apotex Inc.
 c/o Ms. Tammy McIntire
 Apotex Corp.
 2400 N. Commerce Parkway
 Suite 400
 Weston, FL 33326

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

 Jack B. Blumenfeld
 Morris, Nichols, Arsht & Tunnell LLP
 1201 North Market Street
 P.O. Box 1347
 Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

DEC 1 1 2007

CLERK             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/12/07 at 11:55 a.m. |
| NAME OF SERVER (PRINT) Keith N. Alarcon | TITLE Process Server  S.P.S. # 669 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By hand delivering a copy of the summons and complaint to Apotex, Inc., c/o Ms. Tammy McIntire, Apotex Corp., 2400 N. Commerce Parkway, Suite 400, Weston, FL 33326  c/o Sharon Cease the assistant to Ms. McIntire - Ms. McIntire could not come to the front.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/12/07
            Date

*Signature of Server*
M.D. Standley Process Services, Inc.
5634 Southwest 114th Avenue
Cooper City, FL  33330
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.