UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>       Plaintiffs,<br><br>vs.<br><br>APOTEX INC. and<br>APOTEX CORP.,<br><br>       Defendants. | Case No. 07 C 792<br>Judge Sleet |

### DECLARATION OF BERNICE TAO

I, Bernice Tao declare as follows:

1. I am the Director, Regulatory Affairs U.S. for Apotex Inc. In that role, I am familiar with the various pending ANDA's that Apotex Inc has pending in the United States including ANDA 79-013.

2. I have personal knowledge of the facts set forth herein, or believe them to be true based on my experience in the pharmaceutical industry and information I have received in the course of my duties, and am competent to testify to the same.

3. Apotex Inc. is a Canadian corporation whose headquarters and principal place of business is located at 150 Signet Drive, Toronto, Ontario, Canada M9L 1T9.

4. Apotex Inc. is in the business of developing and manufacturing quality generic pharmaceuticals.

5. Apotex Inc. prepared and filed ANDA 79-013 from its offices in Canada.

6. Apotex Inc. does not have any employees located in Delaware.

7.  To the extent any Apotex Inc. employees are knowledgeable about ANDA No. 79-013 they are employed at the Canadian location.

8.  To the extent Apotex Inc. has any documents relevant to ANDA No. 79-013 they are located at Apotex Inc.'s Canadian location.

9.  Apotex, Inc.'s paragraph IV letters designated Tammy McIntire, Apotex Corp., 2400 N. Commerce Parkway, Suite 400, **Weston, Florida** 33326 as the person who would accept service on its behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 23, 2008

_____
Bernice Tao

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on January 24, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 24, 2008, I have Electronically Mailed the document to the following person(s)

| | |
|---|---|
| Jack B. Blumenfeld | John M. Desmarais |
| Maryellen Noreika | Gerald J. Flattmann, Jr. |
| James W. Parrett | William T. Vuk |
| Morris, Nichols, Arsht & Tunnell LLP | Kirkland & Ellis LLP |
| 1201 North Market Street | Citigroup Center |
| P.O. Box 1347 | 153 East 53rd Street |
| Wilmington, DE 19899 | New York, NY 10022 |
| jblumenfeld@mnat.com | jdesmarais@kirkland.com |
| mnoreika@mnat.com | gflattmann@kirkland.com |
| jparrett@mnat.com | wvuk@kirkland.com |

/s/ *Richard L. Horwitz*
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

840408 / 32533