UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>APOTEX INC. and<br>APOTEX CORP.,<br><br>　　　　　　Defendants. | Case No. 07 C 792<br>Judge Sleet |

### DECLARATION OF TAMMY McINTIRE

I, Tammy McIntire declare as follows:

1. I am President of Apotex Corp.

2. I have personal knowledge of the facts set forth herein, or believe them to be true based on my experience in the pharmaceutical industry and information I have received in the course of my duties, and am competent to testify to the same.

3. Apotex Corp. is a Delaware corporation whose headquarters and principal place of business is located at 2400 North Commerce Parkway, Suite 400, Weston, Florida 33326.

4. Apotex Corp. does not have any employees located in Delaware.

5. To the extent any Apotex Corp. employees are knowledgeable about ANDA No. 79-013 they are employed at the Florida location.

6. To the extent Apotex Corp. has any documents relevant to ANDA No. 79-013 they are located at Apotex Corp.'s Florida location.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2008

_____
Tammy McIntire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on January 24, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 24, 2008, I have Electronically Mailed the document to the following person(s)

| | |
|---|---|
| Jack B. Blumenfeld | John M. Desmarais |
| Maryellen Noreika | Gerald J. Flattmann, Jr. |
| James W. Parrett | William T. Vuk |
| Morris, Nichols, Arsht & Tunnell LLP | Kirkland & Ellis LLP |
| 1201 North Market Street | Citigroup Center |
| P.O. Box 1347 | 153 East 53rd Street |
| Wilmington, DE 19899 | New York, NY 10022 |
| jblumenfeld@mnat.com | jdesmarais@kirkland.com |
| mnoreika@mnat.com | gflattmann@kirkland.com |
| jparrett@mnat.com | wvuk@kirkland.com |

/s/ Richard L. Horwitz
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

840408 / 32533