IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>    Plaintiffs,<br><br>  vs.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-792 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William Thomas Vuk of KIRKLAND & ELLIS LLP, Citigroup Center, 153 East 53rd Street, New York, NY 10022-4611, to represent plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC in this matter.

                MORRIS, NICOLS, ARSHT & TUNNEL LLP

                */s/ James W. Parrett, Jr.*

                Jack B. Blumenfeld (#1014)
                Maryellen Noreika (#3208)
                James W. Parrett, Jr. (#4292)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE 19899-1347
                (302) 658-9200
                jparrett@mnat.com

                *Attorneys for Plaintiffs
                sanofi-aventis and sanofi-aventis U.S. LLC*

February 11, 2008
1515131

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: February 11, 2008

William Thomas Vuk
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz
> Kenneth L. Dorsney
> POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on February 11, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz<br>Kenneth L. Dorsney<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza - Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Counsel for Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)
jparrett@mnat.com