IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-792 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' AMENDED FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure:

(a) Plaintiff sanofi-aventis states that it has no parent corporation and that Total SA (a French corporation whose shares are traded on the Eurolist of Euronext Paris and whose American Depository Receipts are publicly traded on the New York Stock Exchange) and L'Oreal (a French corporation whose shares are traded on the Eurolist of Euronext Paris and whose American Depository Receipts are traded Over The Counter) each own 10% or more of sanofi-aventis stock; and

(b) Plaintiff sanofi-aventis U.S. LLC states that it is wholly-owned indirectly by sanofi-aventis.

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ James W. Parrett, Jr. (#4292)*
                        Jack B. Blumenfeld (# 1014)
                        Maryellen Noreika (# 3208)
                        James W. Parrett, Jr. (#4292)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                        jparrett@mnat.com
                          *Attorneys for Plaintiffs*
                          *sanofi-aventis and sanofi-aventis U.S. LLC*

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

February 21, 2008
1327171

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Richard L. Horwitz, Esquire
> Kenneth L. Dorsney, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on February 21, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                               *VIA ELECTRONIC MAIL*
Kenneth L. Dorsney, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801

Robert B. Breisblatt, Esquire                             *VIA ELECTRONIC MAIL*
Steven E. Feldman, Esquire
Sherry L. Rollo, Esquire
WELSH & KATZ LTD.
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606


                                                          */s/ James W. Parrett, Jr. (#4292)*
                                                          James W. Parrett, Jr. (#4292)