**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SANOFI-AVENTIS and | ) | |
| SANOFI-AVENTIS U.S. LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-792 (GMS) (MPT) |
| | ) | |
| APOTEX INC. and APOTEX CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO ENJOIN THE PARTIES FROM PROSECUTING**
**SECOND FILED, DUPLICATIVE LITIGATION**

Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC. hereby move to enjoin the parties from prosecuting the second filed, duplicative action in the Southern District of Florida. The grounds for this motion are set forth in Plaintiffs' Opening Brief In Support Of Its Motion To Enjoin The Parties From Prosecuting Second Filed, Duplicative Litigation.  A proposed form of Order is attached hereto as Exhibit 1.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr. (#4292)*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiffs*
*sanofi-aventis*
*sanofi-aventis U.S. LLC*

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
Alexis Gorton
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022

March 4, 2008
1751384

## <u>RULE 7.1.1 CERTIFICATION</u>

I hereby certify that counsel for sanofi-aventis has raised the subject of the foregoing motion with counsel for Apotex, and that the parties have not been able to reach agreement on the issues raised in the motion.


*James W. Parrett, Jr. (#4292)*
James W. Parrett, Jr. (#4292)

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:.

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on

March 4, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                    *VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP                        *And HAND DELIVERY*
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE  19801

Robert B. Breisblatt, Esquire                  *VIA ELECTRONIC MAIL*
Steven E. Feldman, Esquire
Sherry L. Rollo, Esquire
WELSH & KATZ LTD.
120 S. Riverside Plaza
22nd Floor
Chicago, IL  60606


*/s/ James W. Parrett, Jr. (#4292)*
_____
James W. Parrett, Jr. (#4292)

EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC, | ) )<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 07-792 (GMS) (MPT) |
| vs. | )<br>) | |
| APOTEX INC. and<br>APOTEX CORP., | )<br>)<br>) | |
| Defendants. | )<br>) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENJOIN
<u>SECOND FILED, DUPLICATIVE LITIGATION</u>**


      IT IS HEREBY ORDERED this _____ day of _____, 2008, that

Plaintiffs' Motion to Enjoin Second Filed, Duplicative Litigation is GRANTED.


                                 _____
                                 United States District Judge