# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

April 4, 2008

The Honorable Gregory M. Sleet                             *VIA ELECTRONIC FILING*
United States District Court
   For the District of Delaware
844 North King Street
Wilmington, DE  19801

    Re: *sanofi-aventis, et al. v. Apotex Inc., et al.*
      C.A. No. 07-792 (GMS) (MPT)

Dear Chief Judge Sleet:

    Briefing has been completed on plaintiffs' motion to enjoin the parties from prosecuting the second-filed Florida action (D.I. 24). Pursuant to D. Del. LR 7.1.4, plaintiffs request oral argument on that motion.

               Respectfully,

               */s/ Jack B. Blumenfeld*

               Jack B. Blumenfeld (#1014)

JBB/dlb
cc: Clerk of Court (Via Hand Delivery)
   Richard L. Horwitz, Esquire (Via Electronic Mail)
   Steven E. Feldman, Esquire (Via Electronic Mail)
   Sherry L. Rollo, Esquire (Via Electronic Mail)
   Gerald J. Flattmann, Jr, Esquire (Via Electronic Mail)